JS-6

CHANG & COTÉ LLP
A Limited Liability Partnership
Travis J. Tom/ SBN 198711
Jennifer F. Yang/ SBN 237082
19138 E. Walnut Dr. North Suite 100
Rowland Heights, CA 91748
(626) 854-2112

Attorneys for Plaintiff,
SHAAN HONQ INTERNATIONAL COSMETICS CORP.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| SHAAN HONQ INTERNATIONAL COSMETICS CORPORATION, a Taiwan corporation;<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CHING LING WANG, an individual; PAO PAO ENTERPRISE INC., a California corporation; and DOES 1 through 25, inclusive;<br><br>　　　　　　　Defendants. | CASE NO. EDCV 09-1054 VAP (OPx)<br><br>**[PROPOSED] ORDER**<br><br>The Hon. Virginia A. Phillips |

　　ORDERED that this judgment constitutes a final judgment as to all claims asserted in this action by Plaintiff against Defendants or by Defendants against Plaintiff and the parties shall pay their respective attorneys' fees and costs.

　　ORDERED that this Court retains jurisdiction for the purposes of making any further orders necessary or proper for the construction, modification or the enforcement of the Consent Judgment and Permanent Injunction, or the Settlement Agreement between the parties which is

1  incorporated herein.  If Defendants are alleged to have breached the terms of the Consent
2  Judgment and Permanent Injunction or Settlement Agreement, Plaintiff shall have the right to
3  reopen this matter upon motion filed and heard on an expedited basis, subject to the Court's
4  schedule and approval.  If this matter is reopened, Plaintiff may pursue any and all remedies it
5  may have against Defendants, and shall be entitled to recover its attorneys' fees and costs
6  incurred in pursuing such breach of the terms of this Consent Judgment and Permanent
7  Injunction or Settlement Agreement.

11  Dated this 16 day of Oct, 2009

ENTERED:

*/s/ Virginia A. Phillips*
Honorable Virginia A. Phillips
United States District Court Judge