AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

FILED
2009 OCT 16 PM 2:41
CLERK U.S. DIST. CT. CENT. DIST. OF CALIF.
RIVERSIDE
BY: _____

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO.<br>ED CV 09 - 01054 VAP (OPx) | DATE FILED | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>SHAAN HONQ INTERNATIONAL COSMETICS CORPORATION, a Taiwan Corporation. | | DEFENDANT<br>CHING LING WANG, an individual; PAO PAO ENTERPRISE INC., a California Corporation; and DOES 1 through 25, inclusive |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,754,692 | 7/20/1998 | Shaan Honq International Cosmetics Corporation |
| 2 | 2,912,815 | 6/12/2003 | Shaan Honq International Cosmetics Corporation |
| 3 | 2,739,392 | 7/20/1998 | Shaan Honq International Cosmetics Corporation |
| 4 | 3,433,717 | 5/27/2008 | Shaan Honq International Cosmetics Corporation |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☑ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,754,692 | 7/20/1998 | Shaan Honq International Cosmetics Corporation |
| 2 | 2,912,815 | 6/12/2003 | Shaan Honq International Cosmetics Corporation |
| 3 | 2,739,392 | 7/20/1998 | Shaan Honq International Cosmetics Corporation |
| 4 | 3,433,717 | 5/27/2008 | Shaan Honq International Cosmetics Corporation |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| (see attached) |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Terry Nafisi | M. Mead | 10-16-09 |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

CHANG & COTÉ LLP
A Limited Liability Partnership
Travis J. Tom/ SBN 198711
Jennifer F. Yang/ SBN 237082
19138 E. Walnut Dr. North Suite 100
Rowland Heights, CA 91748
(626) 854-2112

JS-6

Attorneys for Plaintiff,
SHAAN HONQ INTERNATIONAL
COSMETICS CORP.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| SHAAN HONQ INTERNATIONAL COSMETICS CORPORATION, a Taiwan corporation; <br><br> Plaintiff, <br><br> vs. <br><br> CHING LING WANG, an individual; PAO PAO ENTERPRISE INC., a California corporation; and DOES 1 through 25, inclusive; <br><br> Defendants. | CASE NO. EDCV 09-1054 VAP (OPx) <br><br> [PROPOSED] ORDER <br><br> The Hon. Virginia A. Phillips |

ORDERED that this judgment constitutes a final judgment as to all claims asserted in this action by Plaintiff against Defendants or by Defendants against Plaintiff and the parties shall pay their respective attorneys' fees and costs.

ORDERED that this Court retains jurisdiction for the purposes of making any further orders necessary or proper for the construction, modification or the enforcement of the Consent Judgment and Permanent Injunction, or the Settlement Agreement between the parties which is

incorporated herein. If Defendants are alleged to have breached the terms of the Consent Judgment and Permanent Injunction or Settlement Agreement, Plaintiff shall have the right to reopen this matter upon motion filed and heard on an expedited basis, subject to the Court's schedule and approval. If this matter is reopened, Plaintiff may pursue any and all remedies it may have against Defendants, and shall be entitled to recover its attorneys' fees and costs incurred in pursuing such breach of the terms of this Consent Judgment and Permanent Injunction or Settlement Agreement.

Dated this __ day of Oct, 2009

ENTERED:

*/s/ Virginia A. Phillips*
Honorable Virginia A. Phillips
United States District Court Judge